EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 18 2002

at _____ o'clock and ____ min. ___M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR02-00540** SOM |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | Counts 1-7: 18 U.S.C. |
| | ) | § 1951 |
| TED S. ESTEBAN, | ) | Counts 8 & 9: 18 U.S.C. |
| | ) | §§ 924(c)(1)(B)(i) & 2 |
| Defendant. | ) | |
| | ) | |

## INDICTMENT

### COUNT 1
(18 U.S.C. § 1951)

The Grand Jury charges that:

From on or before November 30, 2002, and continuing
thereafter until December 11, 2002, in the District of Hawaii,
the defendant TED S. ESTEBAN and another individual whose
identity is known to the Grand Jury but who is not a defendant in
this indictment, did unlawfully, knowingly, and willfully
conspire with each other to obstruct and affect commerce as that
term is defined in Title 18, United States Code, Section 1951,
and the movement of articles and commodities in such commerce, by
robbery as that term is defined in Title 18, United States Code,

Section 1951, in that the defendant and his coconspirator conspired to commit the robberies identified in Counts 2 through 7 of this Indictment and incorporated herein by reference.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2
(18 U.S.C. § 1951)

The Grand Jury further charges that:

On or about November 30, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of J.D., who was an employee of Reynolds Recycling which was engaged in commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 3
(18 U.S.C. § 1951)

The Grand Jury further charges that:

On or about December 4, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of J.F. and S.P., who were employees of Baskins-Robbins which was engaged in commerce, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their persons.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 4
(18 U.S.C. § 1951)

The Grand Jury charges that:

On or about December 5, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined

3

in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of R.M., who was an employee of the Video Warehouse which was engaged in interstate commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 5
(18 U.S.C. § 1951)

The Grand Jury charges that:

On or about December 8, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of H.E. and J.M., who were employees of Dominos Pizza which was engaged in commerce, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person.

All in violation of Title 18, United States Code, Section 1951.

4

## COUNT 6
(18 U.S.C. § 1951)

The Grand Jury further charges that:

On or about December 9, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of T.O., who was an employee of Aloha Petroleum which engaged in commerce, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 7
(18 U.S.C. § 1951)

The Grand Jury further charges that:

On or about December 11, 2002, in the District of Hawaii, the defendant TED S. ESTEBAN did unlawfully, knowingly, and willfully obstruct and affect, and attempt to obstruct and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined

5

in Title 18, United States Code, Section 1951, in that the
defendant did unlawfully, knowingly, and willfully take and
obtain personal property consisting of money from the person and
in the presence of L.M., who was an employee of the Salvation
Army which engaged in commerce, against her will by means of
actual and threatened force, violence, and fear of injury,
immediate and future, to her person.

All in violation of Title 18, United States Code,
Section 1951.

**COUNT 8**
(18 U.S.C. § 924(c)(1)(B)(i))

The Grand Jury further charges:

On or about December 5, 2002, in the District of
Hawaii, the defendant TED S. ESTEBAN, did knowingly and
intentionally use and carry, and aid and abet the use and carry
of a firearm, that was a short-barreled shotgun, to wit, a Savage
Arms Model B .12 gauge shotgun, during and in relation to a crime
of violence, to wit, robbery as charged in Count 4 of this
Indictment.

All in violation of Title 18, United States Code,
Section 924(c)(1)(B)(i).

**COUNT 9**
(18 U.S.C. § 924(c)(1)(B)(i))

The Grand Jury further charges:

On or about December 11, 2002, in the District of
Hawaii, the defendant TED S. ESTEBAN, did knowingly and
intentionally use and carry a firearm that was a short-barreled

6

shotgun, to wit, a Savage Arms Model B .12 gauge shotgun, during and in relation to a crime of violence, to wit, robbery as charged in Count 7 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(B)(i).

DATED:  December 18, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. TED S. ESTEBAN
Cr. No.        (Indictment)